UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREW KNIGHT, | |
|---|---|
| Plaintiff, | Case No. 16-cv-00258-TEH |
| v. | **ORDER REGARDING TRIAL AND MEDIATION SCHEDULES** |
| SHERIDAN HEALTHCORP, INC. ASSOCIATES AND AFFILIATES WELFARE BENEFITS PLAN, | |
| Defendant. | |

The parties participated in an Initial Case Management Conference on April 25, 2016. Dkt. No. 25. At that conference, the parties and Court discussed the following proposed trial briefing schedule:

(a) Designation of Experts: September 16, 2016
(b) Discovery Cut-off: September 16, 2016
(c) Pretrial Conference: N/A
(d) Disclosure of Expert Reports: October 10, 2016
(e) Dispositive Motions Deadline: October 21, 2016
(f) Opening Trial Briefs Due: December 2, 2016
(g) Responsive Trial Briefs Due: December 16, 2016
(h) Trial: January 10, 2017

*See also* Dkt. No. 21. The Court hereby adopts the parties' proposed schedule.[1]

The Court also previously adopted the parties' stipulation selecting mediation as their ADR process. Dkt. No. 23. By the same stipulation, the parties agreed to hold a mediation by July 17, 2016, *id.*, and the Court hereby reaffirms that commitment.

**IT IS SO ORDERED.**

Dated:   04/25/16

THELTON E. HENDERSON
United States District Judge

---

[1] The Court made one minor adjustment to the proposed schedule – changing the trial date from January 13, 2017 to January 10, 2017 – to account for the Court's trial schedule.